## Township of Shippen, Plff. in Err., v. N. S. Lewis.

(Argued May 10, 1887. Decided October 3, 1887.)

July Term, 1886, No. 135, E. D., before MERCUR, Ch. J., GORDON, TRUNKEY, STERRETT, GREEN, and CLARK, JJ. Error to the Common Pleas of Cameron County to review an order of the court striking off an appeal from a settlement by the township auditors of the accounts of N. S. Lewis, supervisor of Shippen township. Reversed.

The facts of this case were similar to those in the case of Shippen Twp. v. Burlingame, *ante,* 258, and the two cases were argued together.

*Newton & Green* for plaintiff in error.

*J. C. Johnson* for defendant in error.

OPINION BY MR. JUSTICE STERRETT:
The question presented by this record is substantially the same as that just disposed of in same plaintiff in error v. Burlingame, *ante,* 258.

For reasons given in opinion filed in that case the assignments of error are sustained.

The order of court striking off the appeal is reversed and vacated, appeal reinstated, and *procedendo* awarded.